CAESAR v. THE STATE.

COBB, J.  There was no error of law at the trial; the evidence was sufficient to authorize the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted March 7,—Decided March 22 1898.

Indictment for assault with intent to murder.  Before Judge Spence.  Dougherty superior court.  October term, 1897.

*Walters & Wallace,* for plaintiff in error.  *W. E. Wooten,* solicitor-general, by *Harrison & Bryan,* contra.

---

McLENDON v. THE STATE.

LEWIS, J.  No error of law was committed by the county judge. · The verdict was supported by the evidence; and the judge of the superior court did not err in overruling the petition for certiorari.

*Judgment affirmed. All the Justices concurring.*

Submitted March 7,— Decided March 22, 1898.

Certiorari.  Before Judge Harris.  Troup superior court. November term, 1897.

*D. J. Gaffney,* for plaintiff in error.

*T. A. Atkinson,* solicitor-general, contra.

---

SWANSON v. THE STATE.

SIMMONS, C. J.  The evidence in this case was conflicting.  The jury evidently believed the witnesses for the State, whose testimony, if true, demanded a verdict of guilty.  There was no material error of the trial judge complained of, and the court did not err in overruling the petition for certiorari.

*Judgment affirmed. All the Justices concurring.*

Submitted March 7,— Decided March 22, 1898.

Certiorari.  Before Judge Harris.  Troup superior court. November term, 1897.

*D. J. Gaffney,* for plaintiff in error.

*T. A. Atkinson,* solicitor-general, contra.